U.S. DISTRICT JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| STEVEN PARKS, | ) |
| | ) |
| Plaintiff, | ) CIVIL NO. 3:18-cv-05006-MJP |
| | ) |
| v. | ) ▬▬▬▬ ORDER FOR AWARD OF |
| | ) EAJA FEES |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY | ) |
| Defendant, | ) |
| | ) |

It is hereby ORDERED that attorney fees in the total amount of $6,033.44 pursuant to 28 U.S.C § 1920; 31 U.S.C § 1304 (a), shall be awarded to Plaintiff. See *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If the U.S. Department of Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Tom O'Neill.

Whether the check is made payable to Plaintiff, or to Tom O'Neill, the check shall be mailed to Tom O'Neill at the following address:  PO Box 336 Longview, Washington 98632.

▬▬▬▬ ORDER FOR AWARD OF EAJA FEES

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA 98632
360 425 4470 - Fax 360 425 4477

Dated this __4__ day of October, 2018

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*Tom O'Neill*
_____
TOM O'NEILL
Attorney for Plaintiff


*Danielle Mroczek*
_____
DANIELLE MROCZEK
Office of General Counsel
(Per E-Mail Authorization)

████████ ORDER FOR AWARD OF EAJA FEES

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA 98632
360 425 4470 - Fax 360 425 4477