**U.S. DISTRICT JUDGE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

| | |
|---|---|
| **STEVEN P.**,<br><br>                    Plaintiff,<br><br>         vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br><br>                    Defendant. | Civil No.  3:18-CV-05006-MJP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES PERSUANT TO 42 U.S.C. § 406(b)** |

This MATTER having come before the Court based on Plaintiff's Unopposed Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is hereby,

ORDERED that the Attorney's fees of $2,997.92. shall be awarded to Plaintiff and the check shall be made payable to Tom O'Neill, based on the Plaintiff's Affidavit in Support of Attorney Fees Pursuant to 42 U.S.C § 406(b). The check shall be mailed to Plaintiff's counsel, Tom O'Neill, at PO Box 336, Longview, Washington, 98632.

ORDER GRANTING PLAINTIFF'S MOTION
FOR AWARD OF ATTORNEY FEES
PERSUANT TO 142 U.S.C. § 406(b)

**CRANDALL & O'NEILL, P.S.**
1447 Third Avenue, Suite A | P.O. Box 336
Longview, Washington 98632
Office: (360) 425-4470 | Fax: (360) 425-4477

Dated this 27th day of January, 2023

MARSHA J. PECHMAN
U.S. SENIOR DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION
FOR AWARD OF ATTORNEY FEES
PERSUANT TO 242 U.S.C. § 406(b)

CRANDALL & O'NEILL, P.S.
1447 Third Avenue, Suite A | P.O. Box 336
Longview, Washington 98632
Office: (360) 425-4470 | Fax: (360) 425-4477